**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ANTONIO DELGADO BLANCO,**

    Plaintiff,

v.                              Case No.  8:07-cv-217-T-30EAJ

**BUFFALO FEDERAL DETENTION FACILITY,**

    Defendant.
_____/

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*. A review of the file indicates that Plaintiff has failed to comply with the provisions of the Order (Dkt. #3) entered on May 29, 2007. Plaintiff was given twenty (20) days in which to file an amended complaint. He has failed to do so. It is therefore

**ORDERED AND ADJUDGED** that:

1. This cause is dismissed without prejudice.
2. All pending motions are denied as moot.
3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on July 9, 2007.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2007\07-cv-217.dismissal.wpd